United States Courts
Southern District of Texas
FILED

*December 16, 2024*

Nathan Ochsner, Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

Criminal Case No. 24-cr-

UNITED STATES OF AMERICA,

v.

JOHN LEE PRICE

Defendant.

**4:24-cr-637**

---

**CONSENT TO TRANSFER OF CASE FOR PLEA AND
SENTENCE UNDER FED. R. CRIM. P. 20**

---

I, JOHN LEE PRICE, defendant, have been informed that a Superseding Indictment is pending against me in Criminal No. 1:23-cr-00155-LG-RPM in the Southern District of Mississippi. Pursuant to Federal Rule of Criminal Procedure 20, I wish to plead guilty to Count 3 of the Superseding Indictment in accordance with a plea agreement with the United States Attorney's office, to consent to the disposition of the case in the Southern District of Texas where I am present, and to waive trial in the above-captioned district.

Dated: 23 day of November, 2024.

John Lee Price, Defendant

Letitia Quinones, Counsel for Defendant

Stan Harris, Assistant U.S. Attorney

Todd W. Gee
U.S. Attorney for the Southern District of Mississippi

**APPROVED**

Alamdar S. Hamdani
U.S. Attorney for the Southern District of Texas