CUSTODY,RPM

# U.S. District Court
## Southern District of Mississippi (Southern)
## CRIMINAL DOCKET FOR CASE #: 1:23-cr-00155-LG-RPM-1

Case title: USA v. Price, III et al                                  Date Filed: 12/13/2023

Magistrate judge case number:  1:23-mj-00659-RPM

---

Assigned to: District Judge Louis Guirola,
Jr
Referred to: Magistrate Judge Robert P.
Myers, Jr

**Defendant (1)**

**John Lee Price, III**                              represented by   **Carl Anthony Moore, II - PHV**
                                                                      THE LAW OFFICE OF CARL A. MOORE,
                                                                      P.C.
                                                                      1602 Washington Avenue
                                                                      Houston, TX 77007
                                                                      713-481-7420
                                                                      Fax: 713-714-8670
                                                                      Email: carl@qmlawfirm.com
                                                                      *LEAD ATTORNEY*
                                                                      *PRO HAC VICE*
                                                                      *ATTORNEY TO BE NOTICED*
                                                                      *Designation: Retained*

                                                                      **Lauren Hillery - FPD**
                                                                      OFFICE OF THE FEDERAL PUBLIC
                                                                      DEFENDER
                                                                      2510 14th Street
                                                                      Suite 902
                                                                      Gulfport, MS 39501
                                                                      228-865-1202
                                                                      Email: lauren_hillery@fd.org
                                                                      *TERMINATED: 01/26/2024*
                                                                      *LEAD ATTORNEY*
                                                                      *Designation: Public Defender or*
                                                                      *Community Defender Appointment*

                                                                      **Letitia D. Quinones-Hollins - PHV**
                                                                      QUINONES & ASSOCIATES
                                                                      1602 Washington Avenue
                                                                      Houston, TX 77007
                                                                      713-481-7420
                                                                      Fax: 713-714-8670

Email: letitia@quinonesandassociates.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Felicia Lynn Kerney**
QUINONES & ASSOCIATES, PLLC
1602 Washington Avenue
Houston, TX 77007
713-481-7420
Fax: 713-714-8670
Email: felicia@quinonesandassociates.com
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
|---|---|
| POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE (AIDING AND ABETTING) (1) | |
| POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE (AIDING AND ABETTING) (1s) | |
| POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE (AIDING AND ABETTING) (2) | |
| INTERSTATE AND FOREIGN TRAVEL OR TRANSPORTATION IN AID OF RACKETEERING ENTERPRISES (3) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 21:841A=CD.F | |

---

**Interested Party**

**Probation Gulfport**

**Interested Party**

**Probation Officer Sandra Doll**

**Interested Party**

**Probation Officer Lacey Stewart**

**Plaintiff**

**USA**                                            represented by   **Erica L. Rose-Federal Gov**
U. S. ATTORNEY'S OFFICE - Gulfport
1575 20th Avenue
Gulfport, MS 39501
228-563-7257
Fax: 228-563-1571
Email: erica.rose@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Stan B. Harris-Federal Gov**
U. S. ATTORNEY'S OFFICE - Gulfport
1575 20th Avenue
Gulfport, MS 39501
228/563-1560
Fax: 228/563-1571
Email: stan.harris@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/21/2023 | 1 | CRIMINAL COMPLAINT as to John Lee Price, III (1), Ahmed Karim Barrie (2). (SR) [1:23-mj-00659-RPM] (Entered: 11/21/2023) |
| 11/21/2023 |  | NOTICE OF HEARING as to John Lee Price, III, Ahmed Karim Barrie: Initial Appearance re Criminal Complaint set for 11/21/2023 10:30 AM in Courtroom 881 (Gulfport) before Magistrate Judge Robert P. Myers Jr. (SR) [1:23-mj-00659-RPM] (Entered: 11/21/2023) |
| 11/21/2023 | 4 | Minute Entry for proceedings held before Magistrate Judge Robert P. Myers, Jr: Initial Appearance re Criminal Complaint as to John Lee Price, III held on 11/21/2023 Tape Number: 11/21/2023. (SR) [1:23-mj-00659-RPM] (Entered: 11/21/2023) |
| 11/21/2023 | 5 | *RESTRICTED* CJA 23 Financial Affidavit by John Lee Price, III. (SR) [1:23-mj-00659-RPM] (Entered: 11/21/2023) |
| 11/21/2023 | 6 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to John Lee Price, III. Lauren Hillery - FPD for John Lee Price, III appointed. Signed by Magistrate Judge Robert P. Myers, Jr on 11/21/2023 (SR) [1:23-mj-00659-RPM] (Entered: 11/21/2023) |

| 11/21/2023 | 7 | BRADY ORDER as to John Lee Price, III. Signed by Magistrate Judge Robert P. Myers, Jr on 11/21/2023 (SR) [1:23-mj-00659-RPM] (Entered: 11/21/2023) |
|---|---|---|
| 11/21/2023 | 8 | ORDER OF TEMPORARY DETENTION as to John Lee Price, III: Preliminary Hearing set for 11/27/2023 09:30 AM in Courtroom 881 (Gulfport) before Magistrate Judge Robert P. Myers Jr. Detention Hearing set for 11/27/2023 09:30 AM in Courtroom 881 (Gulfport) before Magistrate Judge Robert P. Myers Jr. Signed by Magistrate Judge Robert P. Myers, Jr on 11/21/2023 (SR) [1:23-mj-00659-RPM] (Entered: 11/21/2023) |
| 11/21/2023 | 15 | Arrest Warrant Returned Executed on 11/21/2023 in case as to John Lee Price, III. (wld) [1:23-mj-00659-RPM] (Entered: 11/21/2023) |
| 11/22/2023 | 17 | NOTICE OF ASSIGNMENT (PROBATION) Officer Sandra Doll as to John Lee Price, III. (wld) [1:23-mj-00659-RPM] (Entered: 11/22/2023) |
| 11/27/2023 | 19 | Minute Entry for proceedings held before Magistrate Judge Robert P. Myers, Jr: Preliminary Hearing as to John Lee Price, III held on 11/27/2023, Detention Hearing as to John Lee Price, III held on 11/27/2023 Tape Number: 11/27/2023. (SR) [1:23-mj-00659-RPM] (Entered: 11/27/2023) |
| 11/27/2023 |  | ORE TENUS MOTION to Continue Preliminary Hearing and Detention Hearing by Lauren Hillery - FPD as to John Lee Price, III (SR) [1:23-mj-00659-RPM] (Entered: 11/27/2023) |
| 11/27/2023 |  | TEXT ONLY ORDER granting Ore Tenus Motion to Continue Preliminary Hearing and Detention Hearing as to John Lee Price, III (1). No further written order will issue. Signed by Magistrate Judge Robert P. Myers, Jr on 11/27/2023 (SR) [1:23-mj-00659-RPM] (Entered: 11/27/2023) |
| 11/27/2023 |  | Reset Hearings as to John Lee Price, III, Ahmed Karim Barrie: Preliminary Hearing set for 11/29/2023 09:30 AM in Courtroom 881 (Gulfport) before Magistrate Judge Robert P. Myers Jr. Detention Hearing set for 11/29/2023 09:30 AM in Courtroom 881 (Gulfport) before Magistrate Judge Robert P. Myers Jr. (SR) [1:23-mj-00659-RPM] (Entered: 11/27/2023) |
| 11/28/2023 |  | Reset Hearings - **TIME CHANGE ONLY** - as to John Lee Price, III, Ahmed Karim Barrie: Preliminary Hearing set for 11/29/2023 10:30 AM in Courtroom 881 (Gulfport) before Magistrate Judge Robert P. Myers Jr. Detention Hearing set for 11/29/2023 10:30 AM in Courtroom 881 (Gulfport) before Magistrate Judge Robert P. Myers Jr. (SR) [1:23-mj-00659-RPM] (Entered: 11/28/2023) |
| 11/29/2023 | 21 | Minute Entry for proceedings held before Magistrate Judge Robert P. Myers, Jr: Preliminary Hearing as to John Lee Price, III held on 11/29/2023, Detention Hearing as to John Lee Price, III held on 11/29/2023 Tape Number: 11/29/2023. (SR) [1:23-mj-00659-RPM] (Entered: 11/29/2023) |
| 11/29/2023 | 22 | SEALED HEARING EXHIBIT G-1 - GOVERNMENT Pretrial Services Report by USA as to John Lee Price, III to 21 Preliminary Hearing, Detention Hearing. (SR) [1:23-mj-00659-RPM] (Entered: 11/29/2023) |
| 11/29/2023 | 23 | ORDER OF DETENTION as to John Lee Price, III. Signed by Magistrate Judge Robert P. Myers, Jr on 11/29/2023 (SR) [1:23-mj-00659-RPM] (Entered: 11/29/2023) |
| 12/13/2023 | 27 | Redacted Indictment as to John Lee Price, III (1) count(s) 1, Ahmed Karim Barrie (2) count(s) 1. (Attachments: # 1 Notice of Maximum Penalty, # 2 Criminal Cover Sheet - John, # 3 Criminal Cover Sheet - Ahmed) (JCH) (Entered: 12/13/2023) |
| 12/13/2023 | 28 | *RESTRICTED* DOCUMENT - Unredacted Indictment as to John Lee Price, III, Ahmed Karim Barrie (Attachments: # 1 Notice of Maximum Penalty, # 2 Criminal Cover Sheet - |

| | | |
|---|---|---|
| | | John, # 3 Criminal Cover Sheet - Ahmed)(JCH) (Entered: 12/13/2023) |
| 12/13/2023 | 29 | Praecipe for Summons by USA as to John Lee Price, III (JCH) (Entered: 12/13/2023) |
| 12/13/2023 | | Set Hearings as to John Lee Price, III, Ahmed Karim Barrie: Initial Appearance set for 12/19/2023 11:00 AM in Courtroom 683 (Gulfport) before Magistrate Judge Bradley W. Rath (JCH) (Entered: 12/13/2023) |
| 12/18/2023 | | Set Hearing as to John Lee Price, III, Ahmed Karim Barrie: Arraignment set for 12/19/2023 at 11:00 AM in Courtroom 683 (Gulfport) before Magistrate Judge Bradley W. Rath. (AB) (Entered: 12/18/2023) |
| 12/19/2023 | 33 | Minute Entry for proceedings held before Magistrate Judge Bradley W. Rath: Initial Appearance and Arraignment as to John Lee Price, III (1) Count 1 held on 12/19/2023. Tape Number: 12/19/2023. (AB) (Entered: 12/19/2023) |
| 12/19/2023 | 34 | TRIAL ORDER as to John Lee Price, III: Jury Trial set for a three week criminal calendar commencing on 2/5/2024 at 9:00 AM in Courtroom 606 (Gulfport) before District Judge Louis Guirola Jr. Pretrial Conference set for 1/23/2024 at 1:30 PM in Courtroom 606 (Gulfport) before District Judge Louis Guirola Jr. Motion Dispositive Deadline due by 1/19/2024. Motion N-Dispositive Deadline due by 1/12/2024. Instruction/Exhibit/Witness List due by 1/30/2024. Plea Agreement due by 1/16/2024. Signed by Magistrate Judge Bradley W. Rath on 12/19/2023 (AB) (Entered: 12/19/2023) |
| 12/19/2023 | 35 | ORDER Regarding Discovery as to John Lee Price, III. Signed by Magistrate Judge Bradley W. Rath on 12/19/2023 (AB) (Entered: 12/19/2023) |
| 12/20/2023 | 39 | 🔊 Digital Audio File as to John Lee Price, III regarding Initial Appearance and Arraignment 33 held on 12/19/2023 before Magistrate Judge Bradley W. Rath. AUDIO FILE size(3.2 MB). (AB) (Entered: 12/20/2023) |
| 12/28/2023 | 41 | Summons Returned Executed on 12/19/2023 as to John Lee Price, III (wld) (Entered: 12/28/2023) |
| 01/03/2024 | 43 | ORDER SETTING PRETRIAL CONFERENCE: The Pretrial Conference is set for January 23, 2024 at 1:30 p.m. in Courtroom 606 (Gulfport) before District Judge Louis Guirola Jr. as to John Lee Price, III AND Ahmed Karim Barrie. SEE ATTACHED ORDER. Signed by District Judge Louis Guirola, Jr. on 1/3/2024. (VLK) (Entered: 01/03/2024) |
| 01/11/2024 | | TEXT ONLY AMENDED TRIAL ORDER as to John Lee Price, III AND Ahmed Karim Barrie. Jury Trial is set for a four-week criminal trial calendar beginning on 4/1/2024 in Courtroom 606 (Gulfport) before District Judge Louis Guirola Jr. A date specific for the trial to begin will be determined during the Pretrial Conference. Pretrial Conference is set for 3/19/2024 at 01:30 PM in Courtroom 606 (Gulfport) before District Judge Louis Guirola Jr. Dispositive Motion Deadline is due by 3/15/2024. N-Dispositive Motion Deadline is due by 3/8/2024. Jury Instructions, Exhibit Lists, and Witness Lists are due by 3/26/2024. Plea Agreement is due by 3/12/2024, all pleas after this date shall be open, unless the Court for good cause grants an extension. Any such request for an extension, must be requested prior to 3/12/2024. NO FURTHER WRITTEN ORDER WILL ISSUE BY THE COURT. Signed by District Judge Louis Guirola, Jr. on 1/11/2024. (VLK) (Entered: 01/11/2024) |
| 01/22/2024 | 45 | NOTICE OF ATTORNEY APPEARANCE: Felicia Lynn Kerney appearing for John Lee Price, III (Kerney, Felicia) (Entered: 01/22/2024) |
| 01/22/2024 | 46 | MOTION for Leave to Appear Pro Hac Vice Pro Hac Vice Attorney: Letitia Quinones-Hollins. (Paid $100 PHV fee; receipt number AMSSDC-5315573)by Felicia Lynn Kerney |

| | | |
|---|---|---|
| | | as to John Lee Price, III (Attachments: # 1 Attachment)(Kerney, Felicia) (Entered: 01/22/2024) |
| 01/22/2024 | 47 | MOTION for Leave to Appear Pro Hac Vice Pro Hac Vice Attorney: Carl A. Moore. (Paid $100 PHV fee; receipt number AMSSDC-5315576)by Felicia Lynn Kerney as to John Lee Price, III (Attachments: # 1 Attachment)(Kerney, Felicia) (Entered: 01/22/2024) |
| 01/22/2024 | 48 | MOTION to Withdraw as Attorney by Lauren Hillery - FPD as to John Lee Price, III (Hillery - FPD, Lauren) (Entered: 01/22/2024) |
| 01/26/2024 | | TEXT ONLY ORDER granting 48 Motion to Withdraw as Attorney. Felicia Lynn Kerney has filed a 45 Notice of Appearance as attorney for John Lee Price, III (1). Lauren Hillery - FPD is hereby withdrawn from case as to John Lee Price, III (1). No further written order will issue. Signed by Magistrate Judge Robert P. Myers, Jr on January 26, 2024 (pl) (Entered: 01/26/2024) |
| 02/23/2024 | 50 | ORDER SETTING PRETRIAL CONFERENCE: The Pretrial Conference is set for March 19, 2024 at 1:30 p.m. in Courtroom 606 (Gulfport) before District Judge Louis Guirola Jr. as to John Lee Price, III AND Ahmed Karim Barrie. SEE ATTACHED ORDER. Signed by District Judge Louis Guirola, Jr. on 2/23/2024. (VLK) (Entered: 02/23/2024) |
| 02/27/2024 | 51 | ORDER TO SHOW CAUSE as to John Lee Price, III. Show Cause Response due by 3/6/2024. Signed by Magistrate Judge Robert P. Myers, Jr on February 27, 2024. (SK) (Entered: 02/27/2024) |
| 03/06/2024 | | REMINDER NOTICE OF PRETRIAL CONFERENCE as to John Lee Price, III AND Ahmed Karim Barrie: As a reminder to the parties, the Pretrial Conference is set for March 19, 2024 at 1:30 p.m. in Courtroom 606 (Gulfport) before District Judge Louis Guirola Jr. (VLK) (Entered: 03/06/2024) |
| 03/14/2024 | | TEXT ONLY AMENDED TRIAL ORDER as to John Lee Price, III AND Ahmed Karim Barrie: Jury Trial is set for a three-week criminal trial calendar beginning on 6/3/2024 in Courtroom 606 (Gulfport) before District Judge Louis Guirola Jr. A date specific for the trial to begin will be determined during the Pretrial Conference. Pretrial Conference is set for 5/16/2024 at 01:30 PM in Courtroom 606 (Gulfport) before District Judge Louis Guirola Jr. Dispositive Motion Deadline is due by 5/15/2024. N-Dispositive Motion Deadline is due by 5/10/2024. Jury Instructions, Exhibit Lists, and Witness Lists are due by 5/28/2024. Plea Agreement is due by 5/14/2024, all pleas after this date shall be open, unless the Court for good cause grants an extension. Any such request for an extension, must be requested prior to 5/14/2024. NO FURTHER WRITTEN ORDER WILL ISSUE BY THE COURT. Signed by District Judge Louis Guirola, Jr. on 3/14/2024. (VLK) (Entered: 03/14/2024) |
| 03/19/2024 | 53 | Redacted Superseding Indictment as to John Lee Price, III (1) count(s) 1s, 2, 3, Ahmed Karim Barrie (2) count(s) 1s, 2, 3. (Attachments: # 1 Notice of Maximum Penalty, # 2 Criminal Cover Sheet - John, # 3 Criminal Cover Sheet - Ahmed) (JCH) (Entered: 03/19/2024) |
| 03/19/2024 | | Counts added: John Lee Price, III (1) count(s) 1s, Ahmed Karim Barrie (2) count(s) 1s (JCH) (Entered: 03/19/2024) |
| 03/19/2024 | | Counts added: John Lee Price, III (1) count(s) 2, Ahmed Karim Barrie (2) count(s) 2 (JCH) (Entered: 03/19/2024) |
| 03/19/2024 | 54 | *RESTRICTED* DOCUMENT - Unredacted Superseding Indictment as to John Lee Price, III, Ahmed Karim Barrie (Attachments: # 1 Notice of Maximum Penalty, # 2 Criminal Cover Sheet - John, # 3 Criminal Cover Sheet - Ahmed)(JCH) (Entered: 03/19/2024) |

| 03/19/2024 | 55 | Praecipe for Summons by USA as to John Lee Price, III (JCH) (Entered: 03/19/2024) |
|---|---|---|
| 03/19/2024 | | Set Hearings as to John Lee Price, III, Ahmed Karim Barrie: Initial Appearance set for 3/27/2024 09:30 AM in Courtroom 881 (Gulfport) before Magistrate Judge Robert P. Myers Jr. (JCH) (Entered: 03/19/2024) |
| 03/20/2024 | | NOTICE OF HEARING as to John Lee Price, III, Ahmed Karim Barrie: Arraignment set for 3/27/2024 09:30 AM in Courtroom 881 (Gulfport) before Magistrate Judge Robert P. Myers Jr. (SR) (Entered: 03/20/2024) |
| 03/27/2024 | 60 | ATTACHMENT (Certificate of Good Standing) re 47 MOTION for Leave to Appear Pro Hac Vice Attorney: Carl A. Moore.(JCH) (Entered: 03/27/2024) |
| 03/27/2024 | 61 | ATTACHMENT (Certificate of Good Standing) re 46 MOTION for Leave to Appear Pro Hac Vice Attorney: Letitia Quinones-Hollins. (JCH) (Entered: 03/27/2024) |
| 03/27/2024 | 62 | ORDER granting 46 Motion for Leave to Appear Pro Hac Vice as to John Lee Price, III (1); granting 47 Motion for Leave to Appear Pro Hac Vice as to John Lee Price, III (1). Signed by Magistrate Judge Robert P. Myers, Jr on March 27, 2024 (SK) (Entered: 03/27/2024) |
| 03/27/2024 | | Attorney update in case as to John Lee Price, III. Attorney Letitia D. Quinones-Hollins - PHV,Carl Anthony Moore - PHV for John Lee Price, III added. (wld) (Entered: 03/27/2024) |
| 03/27/2024 | 63 | Minute Entry for proceedings held before Magistrate Judge Robert P. Myers, Jr: Initial Appearance as to John Lee Price, III held on 3/27/2024, Arraignment as to John Lee Price, III (1) Count 1s held on 3/27/2024 Tape Number: 3/27/2024. (SR) (Entered: 03/27/2024) |
| 03/27/2024 | 64 | TRIAL ORDER as to John Lee Price, III: Jury Trial set during the three-week criminal calendar commencing on 6/3/2024 09:00 AM in Courtroom 606 (Gulfport) before District Judge Louis Guirola Jr. Pretrial Conference set for 5/16/2024 01:30 PM in Courtroom 606 (Gulfport) before District Judge Louis Guirola Jr. Motion Dispositive Deadline due by 5/15/2024. Motion N-Dispositive Deadline due by 5/10/2024. Instruction/Exhibit/Witness List due by 5/28/2024. Plea Agreement due by 5/14/2024. Signed by Magistrate Judge Robert P. Myers, Jr on 3/27/2024 (SR) (Entered: 03/27/2024) |
| 03/27/2024 | 65 | ORDER Regarding Discovery as to John Lee Price, III. Signed by Magistrate Judge Robert P. Myers, Jr on 3/27/2024 (SR) (Entered: 03/27/2024) |
| 03/27/2024 | 68 | 🔊 Digital Audio File as to John Lee Price, III, Ahmed Karim Barrie regarding Initial Appearance, Arraignment 59 , Initial Appearance, Arraignment 63 held on 3/27/2024 before Magistrate Judge Robert P. Myers, Jr.AUDIO FILE size(2.7 MB) (SR) (Entered: 03/27/2024) |
| 03/27/2024 | 70 | 🔊 Digital Audio File as to John Lee Price, III regarding Initial Appearance, Arraignment 63 held on 3/27/2024 before Magistrate Judge Robert P. Myers, Jr.AUDIO FILE size(3.7 MB) (SR) (Entered: 03/27/2024) |
| 03/28/2024 | 71 | ATTACHMENT re 46 MOTION for Leave to Appear Pro Hac Vice Pro Hac Vice Attorney: Letitia Quinones-Hollins. (Paid $100 PHV fee; receipt number AMSSDC-5315573) *Certificate of Good Standing* (Quinones-Hollins - PHV, Letitia) (Entered: 03/28/2024) |
| 03/28/2024 | 72 | ATTACHMENT re 47 MOTION for Leave to Appear Pro Hac Vice Pro Hac Vice Attorney: Carl A. Moore. (Paid $100 PHV fee; receipt number AMSSDC-5315576) *Certificate of Good Standing* (Moore, II - PHV, Carl) (Entered: 03/28/2024) |

| 03/28/2024 | [73](#) | Summons Returned Executed on 3/27/24 as to John Lee Price, III (JCH) (Entered: 03/28/2024) |
|---|---|---|
| 04/23/2024 | [76](#) | ORDER SETTING PRETRIAL CONFERENCE: The Pretrial Conference is set for May 16, 2024 at 1:30 p.m. in Courtroom 606 (Gulfport) before District Judge Louis Guirola Jr. as to John Lee Price, III. SEE ATTACHED ORDER. Signed by District Judge Louis Guirola, Jr. on 4/23/2024. (VLK) (Entered: 04/23/2024) |
| 05/07/2024 | | REMINDER NOTICE OF PRETRIAL CONFERENCE as to John Lee Price, III: As a reminder to the parties, the Pretrial Conference is set for May 16, 2024 at 1:30 p.m. in Courtroom 606 (Gulfport) before District Judge Louis Guirola Jr. as to John Lee Price, III. (VLK) (Entered: 05/07/2024) |
| 05/15/2024 | [79](#) | **DISREGARD**Unopposed MOTION to Continue *Pre-Trial Hearing* by Letitia D. Quinones-Hollins - PHV as to John Lee Price, III (Quinones-Hollins - PHV, Letitia) Modified on 5/15/2024 (JCH). (Entered: 05/15/2024) |
| 05/15/2024 | | DOCKET ANNOTATION as to # 79. 1.) Attorney is advised to refile the Motion to Continue pursuant to Local Rule 83.1(d)(3) which requires signature of the resident attorney. This document is filed in error and will be disregarded on the docket. 2.) Scanned document contains blank page. PDF documents should be checked for errors before filing. (JCH) (Entered: 05/15/2024) |
| 05/15/2024 | [80](#) | Amended MOTION to Continue *Pre-Trial Hearing* by Letitia D. Quinones-Hollins - PHV as to John Lee Price, III (Quinones-Hollins - PHV, Letitia) (Entered: 05/15/2024) |
| 05/15/2024 | | TEXT ONLY ORDER granting [80](#) Motion for Continuance as to John Lee Price, III (1). The Court finds the motion is well taken and is hereby granted as unopposed by the government. The Court further finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in obtaining a speedy trial. The Court further finds that pursuant to 18 U.S.C. 3161(h)(7)(B)(iv), the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence. This matter is CONTINUED and placed on the three-week criminal trial calendar beginning on August 12, 2024. A date specific for the trial to begin will be set during the Pretrial Conference. An Amended Trial Order will be entered. NO FURTHER WRITTEN ORDER WILL ISSUE BY THE COURT. Signed by District Judge Louis Guirola, Jr. on 5/15/2024. (VLK) (Entered: 05/15/2024) |
| 05/15/2024 | | TEXT ONLY AMENDED TRIAL ORDER as to John Lee Price, III: Jury Trial is set for a three-week criminal trial calendar beginning on 8/12/2024 in Courtroom 606 (Gulfport) before District Judge Louis Guirola Jr. A date specific for the trial to begin will be determined during the Pretrial Conference. Pretrial Conference is set for 7/23/2024 at 01:30 PM in Courtroom 606 (Gulfport) before District Judge Louis Guirola Jr. Dispositive Motion Deadline is due by 7/19/2024. N-Dispositive Motion Deadline is due by 7/12/2024. Jury Instructions, Exhibit Lists, and Witness Lists are due by 8/5/2024. Plea Agreement is due by 7/16/2024, all pleas after this date shall be open, unless the Court for good cause grants an extension. Any such request for an extension, must be requested prior to 7/16/2024. NO FURTHER WRITTEN ORDER WILL ISSUE BY THE COURT. Signed by District Judge Louis Guirola, Jr. on 5/15/2024. (VLK) (Entered: 05/15/2024) |
| 07/01/2024 | [82](#) | ORDER SETTING PRETRIAL CONFERENCE: The Pretrial Conference is set for July 23, 2024 at 1:30 p.m. in Courtroom 606 (Gulfport) before District Judge Louis Guirola Jr. as to John Lee Price, III. SEE ATTACHED ORDER. Signed by District Judge Louis Guirola, Jr. on 7/1/2024. (VLK) (Entered: 07/01/2024) |

| 07/12/2024 | | REMINDER NOTICE OF PRETRIAL CONFERENCE: As a reminder to the parties, the Pretrial Conference is set for July 23, 2024 at 1:30 p.m. in Courtroom 606 (Gulfport) before District Judge Louis Guirola Jr. as to John Lee Price, III. (VLK) (Entered: 07/12/2024) |
|---|---|---|
| 07/22/2024 | 83 | Unopposed MOTION to Continue by Letitia D. Quinones-Hollins - PHV as to John Lee Price, III (Attachments: # 1 Attachment Proposed Order)(Quinones-Hollins - PHV, Letitia) (Entered: 07/22/2024) |
| 07/22/2024 | | DOCKET ANNOTATION as to # 83. Proposed orders are not to be electronically filed as a separate pleading or as an attachment to a pleading, but instead are to be provided to chambers by e-mail (Court's Administrative Procedures for Electronic Case Filing Sec.5.B.). (JCH) (Entered: 07/22/2024) |
| 07/22/2024 | | TEXT ONLY ORDER granting 83 Motion for Continuance as to John Lee Price, III (1) as unopposed. The Court finds the motion is well taken and is hereby granted. The Court further finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in obtaining a speedy trial. The Court further finds that pursuant to 18 U.S.C. 3161(h)(7)(B)(iv), the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence. This matter is CONTINUED and placed on a four-week criminal trial calendar beginning on September 30, 2024. A date specific for the trial to begin will be set during the Pretrial Conference. An Amended Trial Order will be entered. NO FURTHER WRITTEN ORDER WILL ISSUE BY THE COURT. Signed by District Judge Louis Guirola, Jr. on 7/22/2024. (VLK) (Entered: 07/22/2024) |
| 07/22/2024 | | TEXT ONLY AMENDED TRIAL ORDER as to John Lee Price, III: Jury Trial is set for a four-week criminal trial calendar beginning on 9/30/2024 in Courtroom 606 (Gulfport) before District Judge Louis Guirola Jr. A date specific for the trial to begin will be determined during the Pretrial Conference. Pretrial Conference is set for 9/17/2024 at 01:30 PM in Courtroom 606 (Gulfport) before District Judge Louis Guirola Jr. Dispositive Motion Deadline is due by 9/13/2024. N-Dispositive Motion Deadline is due by 9/6/2024. Jury Instructions, Exhibit Lists, and Witness Lists are due by 9/24/2024. Plea Agreement is due by 9/10/2024, all pleas after this date shall be open, unless the Court for good cause grants an extension. Any such request for an extension, must be requested prior to 9/10/2024. NO FURTHER WRITTEN ORDER WILL ISSUE BY THE COURT. Signed by District Judge Louis Guirola, Jr. on 7/22/2024. (VLK) (Entered: 07/22/2024) |
| 08/04/2024 | 84 | NOTICE OF ATTORNEY APPEARANCE Stan B. Harris-Federal Gov appearing for USA. (Harris-Federal Gov, Stan) (Entered: 08/04/2024) |
| 08/21/2024 | 88 | ORDER SETTING PRETRIAL CONFERENCE: The Pretrial Conference is set for September 17, 2024, at 1:30 p.m. in Courtroom 606 (Gulfport) before District Judge Louis Guirola, Jr. as to John Lee Price, III. SEE ATTACHED ORDER. Signed by District Judge Louis Guirola, Jr. on 08/21/2024. (MP) (Entered: 08/21/2024) |
| 09/03/2024 | | REMINDER NOTICE OF PRETRIAL CONFERENCE: As a reminder to the parties, the Pretrial Conference is set for TUESDAY, SEPTEMBER 17, 2024 at 01:30 PM in Courtroom 606 (Gulfport) before District Judge Louis Guirola Jr. as to John Lee Price, III. (MP) (Entered: 09/03/2024) |
| 09/09/2024 | 90 | MOTION to Continue *Status Conference* by Letitia D. Quinones-Hollins - PHV as to John Lee Price, III (Attachments: # 1 Attachment Proposed Order)(Quinones-Hollins - PHV, Letitia) (Entered: 09/09/2024) |
| 09/09/2024 | | DOCKET ANNOTATION as to #90. Proposed orders are not to be electronically filed as a separate pleading or as an attachment to a pleading, but instead are to be provided to |

| | | |
|---|---|---|
| | | chambers by e-mail (Court's Administrative Procedures for Electronic Case Filing Sec.5.B.). (wld) (Entered: 09/09/2024) |
| 09/10/2024 | 91 | Unopposed MOTION to Continue *Trial* by Letitia D. Quinones-Hollins - PHV as to John Lee Price, III (Quinones-Hollins - PHV, Letitia) (Entered: 09/10/2024) |
| 09/10/2024 | | TEXT ONLY ORDER granting 91 Motion for Continuance as to John Lee Price, III (1). The Court finds the motion is well taken and is hereby granted as unopposed. The Court further finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in obtaining a speedy trial. The Court further finds that pursuant to 18 U.S.C. 3161(h)(7)(B)(iv), the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence. This matter is CONTINUED and placed on a three-week criminal trial calendar beginning on December 2, 2024. A date specific for the trial to begin will be set during the Pretrial Conference. An Amended Trial Order will be entered as to John Lee Price, III. There will be no further continuances absent extraordinary circumstances. NO FURTHER WRITTEN ORDER WILL ISSUE BY THE COURT. Signed by District Judge Louis Guirola, Jr. on 9/10/2024. (VLK) (Entered: 09/10/2024) |
| 09/10/2024 | | TEXT ONLY AMENDED TRIAL ORDER as to John Lee Price, III: Jury Trial is set for a three-week criminal trial calendar beginning on 12/02/2024 in Courtroom 606 (Gulfport) before District Judge Louis Guirola Jr. A date specific for the trial to begin will be determined during the Pretrial Conference. Pretrial Conference is set for 11/19/2024 at 01:30 PM in Courtroom 606 (Gulfport) before District Judge Louis Guirola Jr. Dispositive Motion Deadline is due by 11/15/2024. Non-Dispositive Motion Deadline is due by 11/08/2024. Jury Instructions, Exhibit Lists, and Witness Lists are due by 11/26/2024. Plea Agreement is due by 11/12/2024, all pleas after this date shall be open, unless the Court for good cause grants an extension. Any such request for an extension, must be requested prior to 11/12/2024. NO FURTHER WRITTEN ORDER WILL ISSUE BY THE COURT. Signed by District Judge Louis Guirola, Jr. on 9/10/2024. (VLK) (Entered: 09/10/2024) |
| 09/10/2024 | | TEXT ONLY ORDER finding as moot 90 Motion for Continuance as to John Lee Price, III (1): The Court finds the motion is moot as defense counsel has filed a Motion for Continuance to the next criminal trial calendar which has been granted. NO FURTHER WRITTEN ORDER WILL ISSUE BY THE COURT. Signed by District Judge Louis Guirola, Jr. on 9/10/2024. (VLK) (Entered: 09/10/2024) |
| 11/01/2024 | 92 | ORDER SETTING PRETRIAL CONFERENCE: The Pretrial Conference is set for November 19, 2024, at 1:30 p.m. in Courtroom 606 (Gulfport) before District Judge Louis Guirola, Jr. as to JOHN LEE PRICE, III. *SEE ATTACHED ORDER*. Signed by District Judge Louis Guirola, Jr. on 11/01/2024. (MP) (Entered: 11/01/2024) |
| 11/12/2024 | | REMINDER NOTICE OF PRETRIAL CONFERENCE: As a reminder to the parties, the Pretrial Conference is set for TUESDAY, NOVEMBER 19, 2024 at 01:30 PM in Courtroom 606 (Gulfport) before District Judge Louis Guirola Jr. as to John Lee Price, III. (MP) (Entered: 11/12/2024) |
| 11/12/2024 | 93 | NOTICE OF INTENT TO CHANGE PLEA TO GUILTY by John Lee Price, III (Quinones-Hollins - PHV, Letitia) (Entered: 11/12/2024) |
| 11/12/2024 | | Set Hearing as to John Lee Price, III (1): Change of Plea Hearing set for 12/19/2024 at 01:30 PM in Courtroom 606 (Gulfport) before District Judge Louis Guirola Jr. (MP) (Entered: 11/12/2024) |
| 11/12/2024 | | Terminate Hearings as to John Lee Price, III (1): The Pretrial Conference and the December Jury Trial in this matter are CANCELLED. (MP) (Entered: 11/12/2024) |

| 12/13/2024 | [94](#) | Unopposed MOTION to Continue by Stan B. Harris-Federal Gov as to John Lee Price, III (Harris-Federal Gov, Stan) (Entered: 12/13/2024) |